881 A.2d 1266

**GLENBROOK LEASING COMPANY, Appellant**

v.

**Michael F. BEAUSANG, Jr., Esquire and Butera, Beausang, Cohen & Brennan, Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 13, 2005.

Decided Sept. 29, 2005.

Kevin William Gibson, Media, for Glenbrook Leasing Co., appellant.

Ronald Frederick Brien, Jr., Spring City, Jerome E. Bogutz, James W. Christie, III, Philadelphia, for Michael F. Beausang, Jr., Esquire and Butera, Beausang, Cohen & Brennan, appellees.

Amy Joann Coco, Pittsburgh, Jeffrey B. Albert, Philadelphia, Dennis John Roman, Pittsburgh, for PA Bar Ass'n, appellee amicus curiae.

Louis C. Long, Pittsburgh, for PA Defense Institute, appellee amicus curiae.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM.

The Order of the Superior Court is affirmed.